**FILED**

October 10, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  2:08-cr-471 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER OF RELEASE |
| | ) | |
| Arjinderpal Sekhon, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize the continuing release of Arjinderpal Sekhon  Case  2:08-cr-471 GEB

subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

     X     Release on Personal Recognizance

     _     Bail Posted in the Sum of _____

     _     Unsecured bond in the amount of.

     _     Appearance Bond with 10% Deposit

     _     Appearance Bond secured by Real Property

     _     Corporate Surety Bail Bond

     X     (Other)  Court conditions/supervision;  surrender passport; travel

restrictions

Issued at  Sacramento, CA  on 10/10/08      at  2:35 p.m.

By _____

Kimberly J. Mueller,
United States Magistrate Judge