```
1  MCGREGOR W. SCOTT
   United States Attorney
2  ROBERT TICE-RASKIN
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5
6
7
                IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,    )   CASE NO.  2:08-CR-471 GEB
11                              )
                 Plaintiff,     )
12                              )
      v.                        )   STIPULATION AND [PROPOSED]
13                              )   ORDER TO EXCLUDE TIME
   ARJINDERPAL S. SEKHON, and   )
14 DALJIT K. SEKHON             )
                                )
15               Defendant.     )
   _____)
16
17
       The parties request that the status conference in this case
18
   be continued from December 12, 2008 to February 27, 2009    at 9:00
19
   a.m.. They stipulate that the time between December 12, 2008 and
20
   February 27, 2009    should be excluded from the calculation of time
21
   under the Speedy Trial Act.  The parties stipulate that the ends
22
   of justice are served by the Court excluding such time, so that
23
   counsel for the defendant may have reasonable time necessary for
24
   effective preparation, taking into account the exercise of due
25
   diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, there
26
   is a very substantial amount of discovery in this eight-count,
27
   two-defendant bankruptcy fraud case and the parties need time to
28
                                1
```

PDF created with pdfFactory trial version www.pdffactory.com

review and evaluate the facts and law in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: December 9, 2008        By:       /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney


DATE: December 9, 2008                  /s/ Johnny Griffin by MDS
                                        JOHNNY GRIFFIN, III
                                        Attorney for Defendant


DATE: December 9, 2008                  /s/ Mark Reichel by MDS
                                        MARK REICHEL
                                        Attorney for Defendant



                              SO ORDERED.

Dated:    December 9, 2008


                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
```

PDF created with pdfFactory trial version www.pdffactory.com