**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

IN THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  Cr.S-08-471-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ARJINDERPAL SEKHON, et al ) | |
| ) | |
| Defendant ) | |
| ) | |

      Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Robert Tice- Raskin, hereby agree and stipulate to continue the status conference in the above captioned case from February 27, 2009 to April 24, 2009 at 9:00 a.m.[1] This continuance is requested because counsel for defendant needs additional time to review discovery, conduct further investigation and engage in settlement negotiations with counsel for the Government.

      The parties further agree and stipulate that time be excluded from February 27, 2009 to April 24, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that April 24, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

| | | |
|---|---|---|
| Dated:  February 18, 2009 | | ss// Johnny L. Griffin, III_____ <br> JOHNNY L. GRIFFIN, III <br> Attorney for Defendant Arjinderpal Sekhon |
| Dated: February 18, 2009 | | ss// Mark J. Reichel [2] <br> MARK J. REICHEL <br> Attorney for Defendant Daljit Sekhon |
| Dated:  February 18, 2009 | | ss// Robert Tice- Raskin __[3] <br> ROBERT TICE-RASKIN <br> Assistant United States Attorney |

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 2/26/09

Hon. Garland E. Burrell
United States District Judge

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.