LAWRENCE G. BROWN
Acting United States Attorney
S. ROBERT TICE-RASKIN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-471-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | PROTECTIVE ORDER;ORDER |
| v. | ) | |
| | ) | |
| ARJINDERPAL SEKHON, and | ) | (With Court Modifications Made |
| DALJIT SEKHON, | ) | in Paragraph 10) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate;

IT IS HEREBY AGREED AND STIPULATED that:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

1

2.   This Stipulated Protective Order pertains to: all declassified recorded conversations and any information related to those recorded conversations which have been and/or may be provided by the government to defense counsel as part of discovery in this case.  The declassified recorded conversations and information related thereto shall hereinafter be referred to collectively as "sensitive information."

3.   Defense counsel shall not disclose or disseminate[1] any of the sensitive information to any person other than: (a) their respective defendant/client, or (b) any other attorneys, law clerks, paralegals, or secretaries who are working under their direction in the representation of their respective client.  Defense counsel must contact the government and obtain its explicit written consent to disseminate this information to any individual(s) other than those noted.

4.   All sensitive information is provided to the defense solely for the purpose of allowing the defendants to prepare their defense.

5.   The sensitive information is now and will forever remain the property of the United States Government.  Defense counsel will return the sensitive information to the government at the conclusion of this case.

6.   Defense counsel will store and maintain custody of the sensitive information in a secure place and will use reasonable care to insure that it is not disclosed to third persons in violation of

---

[1] "Disclose" or "disseminate" mean to provide, show or describe to another person either a particular piece of discovery or quotations, excerpts, or summaries derived therefrom.

1  this Stipulated Protective Order.  Defense counsel, or employees
2  acting under the direction of defense counsel, may transport the
3  sensitive materials to meetings with their clients and may allow
4  their clients to review the materials as necessary, so long as the
5  review is done in the presence of defense counsel or such employees.
6  The sensitive materials, however, shall remain in the custody of
7  defense counsel at all times and may not be left, at any time, in
8  the custody of the clients.
9       7.   Defense counsel shall not make, or cause to be made, any
10 further copies or recordings of any of the sensitive information,
11 without the express written consent of the government.
12      8.   If defense counsel disclose any of the sensitive
13 information to any person described in paragraph (3), including
14 their clients, defense counsel shall provide such recipients with
15 copies of this Stipulated Protective Order and advise them that:
16 (a) all recipients of the sensitive information are bound by all the
17 terms of this Stipulated Protective Order, including those terms
18 which prohibit dissemination of the information to any other person
19 and copying/recording of the information; (b) the sensitive
20 information is the property of the United States Government; and (c)
21 an unauthorized use or dissemination of the information may
22 constitute a violation of law and/or contempt of court.
23      9.   Nothing herein constitutes a waiver of any right of any
24 defendant, nor does anything herein restrict in any way, the right
25 of the defense to use the sensitive information in connection with
26 the preparation of their defense.
27      10.  Any papers to be served upon the Court by either party
28 which include sensitive information or refer to sensitive

information shall be <u>the subject of a request to</u> filed under seal <u>as provided by Local Rules 39-140 and 39-141</u>.

11. A copy of this Stipulated Protective Order shall be issued forthwith to counsel for each defendant, who shall be responsible for advising his or her respective defendant and defense counsel employees of the contents of this Stipulated Protective Order.

DATED: July 28 2009   /s/ Johnny Griffin
JOHNNY L. GRIFFIN, III.
Attorney for Defendant

DATED: July 28, 2009   /s/ Arjinderpal Sekhon
ARJINDERPAL SEKHON, Defendant

DATED: July 29, 2009   /s/ Mark Reichel
MARK REICHEL
Attorney for Defendant
Daljit Sekhon

DATED: July 28, 2009   /s/ Daljit Sekhon
DALJIT SEKHON, Defendant

DATED: August 5, 2009   LAWRENCE G. BROWN
Acting United States Attorney

By:   /s/ Matt Segal
S. ROBERT TICE-RASKIN
MATTHEW D. SEGAL
Assistant U.S. Attorneys

IT IS SO ORDERED.

DATED: August 13, 2009.

U.S. MAGISTRATE JUDGE