**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr.S-08-471-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | |
| ARJINDERPAL SEKHON, et al ) | |
| ) | |
| Defendant ) | |
| ) | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorneys, Robert Tice- Raskin and Matthew Segal, hereby agree and stipulate to continue the status conference in the above captioned case from September 18, 2009 to January 29, 2010 at 9:00 a.m.[1] This continuance is requested defense counsel has recently received additional and voluminous discovery and therefore needs additional time for review and conduct further investigation.

---

[1] The parties have been advised by this Court's Clerk that January 29, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from September 18, 2009 to January 29, 2010 pursuant to Local Code T4 and T2, and 18 U.S.C. §3161(h)(7)(B)(iv).

| | |
|---|---|
| Dated: September 15, 2009 | ss// Johnny L. Griffin, III_____<br>JOHNNY L. GRIFFIN, III<br>Attorney for Defendant Arjinderpal Sekhon |
| Dated: September 15, 2009 | ss// Mark J. Reichel [2]<br>MARK J. REICHEL<br>Attorney for Defendant Daljit Sekhon |
| Dated: September 15, 2009 | ss// Robert Tice- Raskin \_\_ [3]<br>ROBERT TICE-RASKIN<br>Assistant United States Attorney |
| Dated: September 15, 2009 | ss// Matthew Segal \_\_ [4]<br>MATTHEW SEGAL<br>Assistant United States Attorney |

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[4] Assistant United States Attorney Matthew Segal telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

1  Based on these findings and pursuant to the stipulation of the parties, the Court
2  hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 9/18/09

_____
GARLAND E. BURRELL, JR.
United States District Judge