**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

IN THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-471-GEB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | **Date: January 29, 2010** |
| ARJINDERPAL SEKHON, et al | **Time: 9: 00 a.m.** |
| Defendant | **Hon. Garland E. Burrell** |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Robert Tice- Raskin, hereby agree and stipulate to continue the status conference in the above captioned case from January 29, 2010 to April 30, 2010 at 9:00 a.m.[1] This continuance is requested because defense counsel is still reviewing the voluminous discovery, which include lengthy audio recordings. Additionally, the parties need additional time to meet and confer in connection with various legal issues concerning such recordings. If the parties cannot reach a mutually acceptable

---

[1] The parties have been advised by this Court's Clerk that April 30, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

agreements in their case, defense counsel anticipates requesting a briefing schedule for filing of motions.

The parties further agree and stipulate that time be excluded from January 29, 2010 to April 30, 2010 pursuant to Local Code T4 and T2, and 18 U.S.C. §3161(h)(7)(B)(iv).

Dated: January 25, 2010    ss// Johnny L. Griffin, III
                                     JOHNNY L. GRIFFIN, III
                                     Attorney for Defendant Arjinderpal Sekhon

Dated: January 25, 2010    ss// Mark J. Reichel [2]
                                     MARK J. REICHEL
                                     Attorney for Defendant Daljit Sekhon

Dated: January 25, 2010    ss// Robert Tice- Raskin [3]
                                     ROBERT TICE-RASKIN
                                     Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 1/29/10

```
                               GARLAND E. BURRELL, JR.
                               United States District Judge
```