1

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)

2

1010 F Street, Suite 200
Sacramento, CA 95814

3

Telephone: (916) 444-5557
Facsimile: (916) 444-5558

4

5

Attorneys for Defendant
ARJINDERPAL SEKHON

6

7

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9

10

| UNITED STATES OF AMERICA, | ) | Case No.:  Cr.S-08-471-GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| ARJINDERPAL SEKHON, et al | ) | **Date: April 30, 2010** |
| | ) | **Time: 9: 00 a.m.** |
| Defendant | ) | |
| | ) | **Hon. Garland E. Burrell** |

11

12

13

14

15

16           Defendants, by and through their undersigned counsel, and the United States of

17    America, through Assistant United States Attorney, Robert Tice- Raskin, hereby agree and

18    stipulate to continue the status conference in the above captioned case from April 30, 2010

19    to May 21, 2010 at 9:00 a.m.[1] This continuance is requested because defense counsel needs

20    additional time to review and investigate additional discovery.

21    ///

22    ///

23    ///

24

25

_____

[1] The parties have been advised by this Court's Clerk that May 21, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from April 30, 2010 to

May 21, 2010 pursuant to Local Code T4 and T2, and 18 U.S.C. §3161(h)(7)(B)(iv).

Dated:  April 29, 2010          ss// Johnny L. Griffin, III_____
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant Arjinderpal Sekhon

Dated: April 29, 2010           ss// Mark J. Reichel [2]
                                MARK J. REICHEL
                                Attorney for Defendant Daljit Sekhon

Dated:  April 29, 2010          ss// Robert Tice- Raskin __[3]
                                ROBERT TICE-RASKIN
                                Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court

hereby finds that the failure to grant a continuance in this case would deny Defendants'

counsel reasonable time necessary for effective preparation, taking into account the exercise

of due diligence. The Court specifically finds that the ends of justice are served by the

granting of such continuance and outweigh the best interests of the public and the

Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court

hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:5/6/10
                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.