1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   JOHNNY L. GRIFFIN III  (State Bar No. 118694)
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone:(916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  ARJINDERPAL SEKHON

6

7              **IN THE UNITED STATES DISTRICT**

8         **COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,        ) Case No.:  Cr.S-08-471-GEB
                                    )
11         Plaintiff,                ) **STIPULATION AND [PROPOSED]**
                                    ) **ORDER TO CONTINUE STATUS**
12   vs.                             ) **CONFERENCE**
                                    )
13 ARJINDERPAL SEKHON, et al        )
                                    )
14         Defendant                 )
                                    )

15

16      Defendants, by and through their undersigned counsel, and the United States of

17 America, through Assistant United States Attorney, Robert Tice- Raskin, hereby agree and

18 stipulate to continue the status conference in the above captioned case from May 21, 2010 to

19 June 11, 2010 at 9:00 a.m.[1] This continuance is requested because counsel for defendant

20 needs additional time to review additional discovery, and discuss possible resolution with

21 counsel for the Government.

22      The parties further agree and stipulate that time be excluded from May 21, 2010  to

23 June 11, 2010 pursuant Local Code T-4, and 18 U.S.C. §3161(h)(7)(B)(iv).  The parties

24 ───────────────────────

25

[1] The parties have been advised by this Court's Clerk that June 11, 2010  at 9:00 a.m. is an available date and time for a status conference on this matter.

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A)

    Dated:  May 20, 2010        ss// Johnny L. Griffin, III  
                                          JOHNNY L. GRIFFIN, III  
                                          Attorney for Defendant Arjinderpal Sekhon

    Dated: May 20, 2010        ss// Mark J. Reichel [2]  
                                          MARK J. REICHEL  
                                          Attorney for Defendant Daljit Sekhon

    Dated:  May 20, 2010        ss// Robert Tice- Raskin [3]  
                                          ROBERT TICE-RASKIN  
                                          Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

5/20/10

                                          GARLAND E. BURRELL, JR.  
                                          United States District Judge

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.