**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case No.: Cr.S-08-471-GEB |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) ) | **ORDER TO CONTINUE STATUS CONFERENCE** |
| ARJINDERPAL SEKHON, et al | ) ) | **Date: June 11, 2010** |
|  | ) | **Time: 9: 00 a.m.** |
| Defendant | ) ) | **Hon. Garland E. Burrell** |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Robert Tice-Raskin, hereby agree and stipulate to continue the status conference in the above captioned case from June 11, 2010 to September 17, 2010 at 9:00 a.m.[1] This continuance is requested because defense counsel is still reviewing the voluminous discovery. Additionally, defense counsel anticipates preparing discovery motions and requesting a hearing date in connection with the discovery motions.

The parties further agree and stipulate that time be excluded from June 11, 2010 to September 17, 2010 pursuant to Local Code T4 and T2, and 18 U.S.C. §3161(h)(7)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that September 17, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

| | | |
|---|---|---|
| Dated:  June 10, 2010 | ss// Johnny L. Griffin, III | |
| | JOHNNY L. GRIFFIN, III | |
| | Attorney for Defendant Arjinderpal Sekhon | |

Dated: June 10, 2010    ss// Mark J. Reichel [2]
MARK J. REICHEL
Attorney for Defendant Daljit Sekhon

Dated:  June 10, 2010    ss// Robert Tice- Raskin [3]
ROBERT TICE-RASKIN
Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:6/11/10

GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.