**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr.S-08-471-GEB |
| | ) |
| Plaintiff, | ) **SUPPLEMENTAL ORDER EXTENDING** |
| | ) **DEFENDANT'S PASSPORT** |
| vs. | ) **SURRENDER DATE** |
| | ) |
| | ) DATE:  November 18, 2010 |
| DALJIT SEKHON | ) |
| | ) |
| Defendant. | ) Hon. Garland E. Burrell |
| | ) |

Defendant, by and through her undersigned counsel, hereby moves the Court for an order extending the surrender date of her passport to the Clerk of the United States District Court for the Eastern District of California.

Specifically, Defendant's passport was released to her on October 18, 2010 for the purpose of travel to Delhi, India to visit her mother who is 90 years old and is very poor health. Defendant was scheduled return on November 18, 2010, and then to surrender her passport on November 19, 2010.  However, Defendant's flight was cancelled unexpectedly and she now will not return until November 23, 2010. The purpose of this requested extension is to allow Defendant sufficient time to return home and then surrender her passport.

In light of the Thanksgiving Day holiday, Defendant requests that she be permitted to surrender her passport back to the Clerk's Office on November 29, 2010.  The Government has been advised of this request and does not oppose Defendant's surrendering of the passport on

Monday, November 29, 2010.

Respectfully submitted,

Dated: November 18, 2010        /s/ Mark J. Reichel__
                                MARK J. REICHEL[1]
                                Attorney for Defendant
                                Daljit Sekhon


Dated:  November 18, 2010       /s/ Robert Tice-Raskin___
                                ROBERT TICE-RASKIN[2]
                                Assistant United States Attorney


**IT IS SO ORDERED.**

**Date:  <u>11/18/2010</u>**

_____
  GARLAND E. BURRELL, JR.
  United States District Judge

---

[1] Based on the unavailability of Attorney Mark Reichel, Attorney Johnny L. Griffin, III was requested and authorized to electronically file this Proposed Order on Defendant's behalf.

[2] Assistant United States Attorney Robert Tice-Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Proposed Order on his behalf.