**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (State Bar No. 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

IN THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: Cr.S-08-471-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ARJINDERPAL SEKHON, et al ) | Date: November 19, 2010 |
| ) | Time: 9: 00 a.m. |
| Defendant ) | |
| ) | Hon. Garland E. Burrell |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Robert Tice- Raskin, hereby agree and stipulate to continue the Status Conference in the above captioned case, currently scheduled on November 19, 2010 at 9:00 a.m. to January 28, 2011 at 9:00 a.m.[1] This continuance is requested to allow counsel for Defendants additional time to conduct further investigation and discuss a potential resolution with the Government.  In addition, the parties agree and stipulate that time be excluded from November 19, 2010 to January 28, 2011 pursuant to Local Code T4, and 18 U.S.C. § 3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that January 28, 2011 at 9:00 a.m. is an available date and time for a status conference on this matter.

Dated:  November 17, 2010        /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for Defendant Arjinderpal Sekhon

Dated: November 17, 2010         /s/ Mark J. Reichel [2]
                                  MARK J. REICHEL
                                  Attorney for Defendant Daljit Sekhon

Dated:  November 17, 2010        /s/ Robert Tice- Raskin [3]
                                  ROBERT TICE-RASKIN
                                  Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Date:  11/18/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.