LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ARJINDERPAL SEKHON

IN THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-0471-KJM |
| Plaintiff, | **CORRECTED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ARJINDERPAL SEKHON, et al | Date: March 31, 2011 |
| | Time: 10: 00 a.m. |
| Defendant | |
| | Hon. Kimberly J. Mueller |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Robert Tice-Raskin, hereby agree and stipulate to continue the Status Conference in the above captioned case, from March 31, 2011 at 10:00 a.m. to May 26, 2011 at 10:00 a.m.[1] This continuance is requested by the defense due to a medical emergency. Specifically, the defense advised the government that Defendant Arjinderpal Sekhon recently suffered a stroke and is hospitalized at the Sutter General Hospital at 2801 L Street, Sacramento, CA 95816. In light of this, the Defendant needs additional time in order to obtain medical treatment and recover from his stroke, and

---

[1] The parties have been advised by this Court's Clerk that May 26, 2011 at 10:00 a.m. is an available date and time for a status conference on this matter.

both Defendants Arjinderpal Sekhon and Daljit Sekhon need additional time to then pursue potential resolutions of the case and/or prepare their defense.

Further, the parties agree and stipulate that time be excluded from March 31, 2011 to May 26, 2011 pursuant to 18 U.S.C. § 3161(h)(1)(4) and (h)(7)(A), (h)(7)(B)(iv), Local Codes N and T4, due to the unavailability of Defendant Arjinderpal Sekhon due to the incapacity of defendant and to allow reasonable time necessary for effective defense preparation by both defendants.

Dated:  March 28, 2011          /s/ Johnny L. Griffin, III__
                                JOHNNY L. GRIFFIN, III
                                Attorney for Defendant Arjinderpal Sekhon

Dated: March 28, 2011           /s/ Mark J. Reichel [2]
                                MARK J. REICHEL
                                Attorney for Defendant Daljit Sekhon

Dated: March 28, 2011           /s/ Robert Tice- Raskin __[3]
                                ROBERT TICE-RASKIN
                                Assistant United States Attorney

---

[2] Attorney Mark J. Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[3] Assistant United States Attorney Robert Tice- Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

**ORDER**

The parties' stipulation is GRANTED IN PART and DENIED IN PART. The Status Conference set for March 31, 2011 is vacated and reset for April 28, 2011. Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendants in a speedy trial. The Court further finds that an exclusion of time is warranted due to the unavailability of defendant Arjinderpal Sekhon due to the physical incapacity of that defendant. Based on these findings and pursuant to the stipulation of the parties, the Court hereby orders time excluded up to and through April 28, 2011.

**IT IS SO ORDERED.**

Dated:  March 30, 2011.

_____
UNITED STATES DISTRICT JUDGE