1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBERT TICE-RASKIN
   MATTHEW SEGAL
3  JEAN M. HOBLER
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  2:08-CR-00471-KJM

12          Plaintiff,                   **STIPULATION TO CONTINUE STATUS
                                         CONFERENCE; ORDER**
13          v.

14  ARJINDERPAL S. SEKHON,  and

15  DALJIT K. SEKHON,

16          Defendant(s).

17

18

19                      **REASONS FOR REQUEST**

20         This matter is set for a status conference on July 28, 2011.  As previously discussed on the

21  record, this case involves voluminous discovery, including dozens of hours of recordings in

22  languages other than English, and is a bankruptcy fraud case based on the bankruptcy proceedings

23  themselves as well as two other civil suits.  Time has previously been excluded in this case in part

24  on the basis that it meets the standard for complexity under Title 18, United States Code, section

25  3161(h)(7)(B)(ii), as well as for preparation of counsel under section 3161(h)(7)(B)(iv).

26         At the last status conference, on April 28, 2011, Mr. Griffin, as counsel for Dr.

27  Arjinderpal S. Sekhon ("Mr. Sekhon"), advised the Court that his client had suffered a significant

28  stroke, and was in a rehabilitative care facility unable to participate in his own defense.  Standing

                                         1

1  in for Mark Reichel, counsel for Dr. Daljit K. Sekhon ("Mrs. Sekhon"), Mr. Griffin advised the

2  Court that Mrs. Sekhon wished to proceed in tandem with her husband rather than seeking a

3  severance of her case.  As a result, the Court continued the status conference to July 28, 2011, to

4  permit time for appropriate evaluation of Mr. Sekhon's medical condition.

5       On July 21, 2011, Mr. Griffin forwarded a letter from Mr. Sekhon's doctor, advising that

6  Mr. Sekhon continued to experience severe disability as a result of the stroke.  As expressed at the

7  last status conference, the Government was seeking more substantive medical records than a letter

8  in order to appropriately evaluate Mr. Sekhon's condition and determine how to proceed.  After

9  further discussions on that point, the parties have agreed that a 90-day continuance is appropriate,

10  during which Mr. Griffin will pursue a release of medical records for Mr. Sekhon to the

11  Government.  After those records are received, the Government plans to evaluate the case in light

12  of those records and determine how to proceed.

13       Based on all of the foregoing, the parties stipulate and agree that the interests of justice

14  outweigh the interests of the public and the defendant in a speedy trial.  Specifically, the parties

15  stipulate and agree that exclusion of time under the Speedy Trial act is appropriate under local

16  codes T2, T4, and N (period of mental or physical incompetence of defendant to stand trial).

17       Therefore, the parties request the Court continue the status conference/change of plea to

18  **October 27, 2011 at 10:00 a.m.**

19

20  Dated:  July 26, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

21                                   By:   /s/ *Jean M. Hobler*
22                                          Assistant U.S. Attorney

23
                                           /s/ *Johnny Griffin (by JMH)*
24                                          JOHNNY GRIFFIN, Esq.
                                            Counsel for Dr. Arjinderpal Sekhon
25

26                                          /s/ *Mark Reichel (by JMH)*
                                            MARK REICHEL, Esq.
27                                          Counsel for Dr. Daljit Sekhon

28

1

## ORDER

2       **GOOD CAUSE APPEARING,** the Court orders the status conference set for July 28,

3   2011, continued to October 27, 2011, at 10:00 a.m. with time excluded under the Speedy Trial

4   Act under local codes T2, T4, and N (period of mental or physical incompetence of defendant to

5   stand trial), referencing Title 18, United States Code sections 3161(h)(4)(A), (h)(7)(B)(ii), and

6   (h)(7)(B)(iv) is ordered.  The Court finds the ends of justice served by the continuance outweigh

7   the best interests of the public and the defendant in a speedy trial.

8       IS SO ORDERED.

9   Dated:  July 26, 2011.

10  _____
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28