**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-CR-00471-KJM |
| Plaintiff, | ) ) | **DEFENDANT'S MOTION AND ORDER** |
| vs. | ) ) ) | **TO RELEASE PASSPORT TO DEFENDANTS ARJINDERPAL SEKHON AND DALJIT SEKHON** |
| ARJINDERPAL SEKHON and DALJIT SEKHON | ) ) ) ) | DATE:  April 30, 2012 |
| Defendant. | ) | Hon. Kimberly J. Mueller |

Defendants, by and through their undersigned counsel, hereby move the Court for an order allowing the short-term release of passports belonging to Defendants Arjinderpal Sekhon and Daljit Sekhon and authorizing the Clerk of the United States District Court for the Eastern District of California to release Defendants' passports to the Law Offices of Johnny L. Griffin, III, for the limited purpose of making photocopies for the Defendants.  The reason for this request is to provide Defendants with photocopies of their passports for their use in connection with a land transaction in India.

Specifically, the Defendants are struggling financially as a result of Defendant Arjinderpal Sekhon's medical care.  Defendants have joint ownership of real estate in India that they are selling to help ease the financial hardship related to Defendant Arjinderpal Sekhon's high medical costs.  To facilitate the real estate transaction, Defendants will need photocopies of both of their passports.

The passports will be used only for the limited purpose of making photocopies.  Counsel for Defendants will not release the original passports to either Defendant, and instead will make a copy and provide the copies to Defendants.  Defendant Arjinderpal Sekhon's Passport Number is 056361875 and Defendant Daljit Sekhon's Passport Number is 459102743.  The Law Offices of Johnny L. Griffin, III will surrender both of the passports back to the Clerk's Office within 3 court days of the passports being released.  The Government has been advised of these requests and has no objection.[1]

Respectfully submitted,

Dated: April 30, 2012          /s/ Johnny L. Griffin, III
                               JOHNNY L. GRIFFIN, III
                               Attorney for Defendant
                               Arjinderpal Sekhon

Dated: April 30, 2012          /s/ Mark J. Reichel
                               MARK J. REICHEL[2]
                               Attorney for Defendant
                               Daljit Sekhon

Dated:  April 30, 2012         /s/ Robert Tice-Raskin
                               ROBERT TICE-RASKIN[3]
                               United States Attorney

**IT IS SO ORDERED.**

Dated: May 1, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1] It should be noted that though both Defendants are on pretrial release, they are not being supervised by Pretrial Services.  Therefore, authorization was not sought from Pretrial Services.

[2] Based on the unavailability of Attorney Mark Reichel, and the urgency in obtaining the passport, Attorney Johnny L. Griffin, III was requested and authorized to electronically file this Proposed Order on Defendant's behalf.

[3] United States Attorney Robert Tice-Raskin telephonically authorized attorney Johnny L. Griffin, III to sign this Proposed Order on his behalf.