1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   MATTHEW SEGAL
3  JEAN M. HOBLER
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700

6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | Case No. 2:08-CR-00471-KJM
   |                                   |
12 |         Plaintiff,                | **GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO ARJINDERPAL S. SEKHON; ORDER**
   |     v.                            |
13 |                                   |
14 | ARJINDERPAL S. SEKHON             |
15 |         Defendant.                |

16
17

18       Plaintiff, the United States of America, hereby moves, pursuant to Federal Rule of
19 Criminal Procedure 48(a), to dismiss the counts in the indictment as to defendant Arjinderpal S.
20 Sekhon in the interests of justice. Defendant and his physicians report that defendant still has
21 several debilitating health issues, lacks the ability to assist in his own defense, and has little
22 realistic possibility of significant improvement. As such, the government believes, as a
23 discretionary matter, that continued prosecution of this defendant is no longer warranted.

24 Dated: July 15, 2013            BENJAMIN B. WAGNER
                                    United States Attorney
25
26
                                    */s/ S. Robert Tice-Raskin*
27                                  S. ROBERT TICE-RASKIN
                                    Assistant United States Attorney
28

                                    1

**O R D E R**

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), the charges against defendant Arjinderpal S. Sekhon solely are dismissed.

IT IS SO ORDERED.

Dated: July 22, 2013

_____
UNITED STATES DISTRICT JUDGE